# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

| | |
|---|---|
| JAMIE WATERS, | ) |
|       Plaintiff, | ) CASE NO.: 3:12-cv-0348 |
|   and | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE GRIFFIN |
| BLUECROSS/BLUESHIELD OF TENNESSEE, INC. | ) JURY DEMAND |
|       Intervening Plaintiff | ) |
| v. | ) |
| TARGET CORPORATION | ) |
|       Defendant. | ) |

## AGREED ORDER OF DISMISSAL
## WITH PREJUDICE

THIS MATTER having come before the Court, the Court having been advised in the premises, and all parties to this matter being in agreement that they have fully resolved their dispute and reached a full and complete final settlement as to all issues, it is

*ORDERED* that this matter shall be and is dismissed with prejudice.

                                                    TODD J. CAMPBELL
                                                    United States District Judge

APPROVED FOR ENTRY:

s/ Ralph Krisher
Ralph E. Krisher, III, #27054
Attorney for Plaintiff
Krisher Law Firm
P.O. Box 330997
Murfreesboro, TN 37133
(615) 200-0553
ralph@krisherlawfirm.com

s/Randolph A. Veazey_____
Randolph A. Veazey, #6506
Janis O. Mize, #22197
Attorneys for Defendant
222 Second Avenue North, Suite 312
Nashville, TN 37201
(615) 244-4693
raveazey@bellsouth.net


s/ Bill Easterly_____
Bill Easterly, #15425
James B. Lewis, #19477
Attorneys for Intervenor
Bill Easterly & Associates, P.C.
3017 Poston Avenue
Nashville, TN 37203
(615) 244-2222
bill@billeasterly.com
jim@billeasterly.com